No. 85–1295. TYUS v. MARTINEZ. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded to the Court of Appeals to consider the question of mootness.

No. 85–1446. UNITED RETAIL WORKERS UNION, LOCAL 881, CHARTERED BY THE UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of NLRB v. Financial Institution Employees, ante, p. 192.

No. 85–6213. MURPHY v. HOLLAND, WARDEN. C. A. 4th Cir. Motion of petitioner for leave to proceed in forma pauperis and certiorari granted. Judgment vacated and case remanded for further consideration in light of Michigan v. Jackson, ante, p. 625.